# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELONIE LYNN SHEPPARD,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:13-cv-00556-LRH-WGC

**ORDER**

    Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a notice of appeal (#1) of a decision of the Nevada Supreme Court. This court does not have appellate jurisdiction over the Nevada Supreme Court. Based upon this court's examination of the Nevada Supreme Court's docket in <u>Sheppard v. State</u>, No. 61231,[1] petitioner is challenging the validity of a state-court judgment of conviction. Petitioner's sole federal remedy for this type of challenge is a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Furthermore, petitioner has not submitted an <u>in forma pauperis</u> along with a statement of her inmate account and a signed financial certificate, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Under the circumstances, the court will dismiss this action and send the correct forms to petitioner. Petitioner may then commence a new action in this court with a complete application to proceed <u>in forma pauperis</u> and petition for a writ of habeas corpus.

---

[1] http://caseinfo.nvsupremecourt.us/public/caseView.do?csIID=29397 (report generated October 7, 2013).

1  IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a form application to proceed in forma pauperis and a form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to petitioner commencing a new action in which she submits a complete application to proceed in forma pauperis and a complete petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The clerk of the court shall enter judgment accordingly.

DATED this 7th day of October, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE